JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KAMMEYER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. 5:15-cv-00869-JGB (KKx) <br><br> *Honorable Jesus G. Bernal* <br><br> **JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Granting Federal Defendants' Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the Motion for Summary Judgment of Defendants United States Army Corps of Engineers, John McHugh, Thomas P. Bostick, Jo-Ellen Darcy, and Kimberly M. Colloton ("Federal Defendants") on the sole remaining claim against them—for violations of the National Historical Preservation Act and Administrative Procedures Act—in the Second Amended Complaint of Plaintiffs Ronald Kammeyer and Mural Conservancy of Los Angeles, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Federal Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Federal Defendants.
3. The Clerk of the Court is **DIRECTED** to close this case.

///
///

**IT IS SO ORDERED.**

Dated: April 22, 2022

_____
Honorable Jesus G. Bernal
United States District Judge